UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STACEY PILLING,

Plaintiff,

v.

LLOYD AUSTIN, et al.,

Defendants.
_______________________________/

Case No. 1:24-cv-1293

Hon. Hala Y. Jarbou

**ORDER TO SHOW CAUSE**

On November 26, 2024, the Court issued an Opinion and Order regarding Defendant's Motion to Dismiss (ECF No. 18). Under the Federal Court Rules, Defendants had fourteen (14) days to file a responsive pleading. Fed. R. Civ. P. 12(a)(4). To date, no responsive pleading has been filed.

Defendants shall **SHOW CAUSE** in writing why the Court should not enter a default against them for failure to plead or otherwise defend pursuant to Fed. R. Civ. P. 55(a).

Should Defendants wish to file a responsive pleading, they must file a motion seeking an extension of time under Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure, which provides that a court may extend the time to act after the deadline has expired, but only because of excusable neglect. *See Nafziger v. McDermott Int'l, Inc.*, 467 F.3d 514, 522 (6th Cir. 2006). The proposed responsive pleading must be attached to the motion seeking an extension of time. *See* W.D. Mich. LCivR 5.7(f).

The response to this Show Cause Order, and any motion seeking an extension of time to file a responsive pleading, must be filed no later than **January 3, 2025**.

**IT IS SO ORDERED**.

Dated: December 20, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE