# Exhibit 1

**From:** Ezra Glaser
**To:** Almassian, Carrie A. (USAMIW)
**Subject:** [EXTERNAL] Re: Pilling v. Austin
**Date:** Wednesday, December 18, 2024 11:47:38 AM
**Attachments:** Outlook-Ezra Glase.png

---

I concur with absolutely nothing right now. I am attempting to reach out to counsel in Michigan at this time.


Ezra B. Glaser, Esq.

Ezra B. Glaser & ASSOCIATES

Attorneys-at-Law
3021 Fort Hamilton Parkway
Brooklyn, New York 11218

**Office**: (212) 385-9300 / **Mobile**: (347) 882-1242 / **FAX**: (347) 282-2296


---

**From:** Almassian, Carrie A. (USAMIW) <Carolyn.Almassian@usdoj.gov>
**Sent:** Wednesday, December 18, 2024 7:54 AM
**To:** Ezra Glaser <ezra@ebgassociates.com>
**Subject:** Pilling v. Austin

Good Morning,

I took another look at the order transferring venue. Because the court denied the motion to dismiss, I need to file an answer or motion to dismiss within 14 days of the transfer. I plan to file a motion to dismiss this week.

Please let me know if you will concur.

Best,

Carrie


Carrie Almassian
Assistant United States Attorney
U.S. Attorney's Office, Western District of Michigan
616-808-2028 (direct) |616-307-3346 (cell)
carolyn.almassian@usdoj.gov