# Exhibit 2

| | |
|---|---|
| **From:** | Almassian, Carrie A. (USAMIW) |
| **To:** | Ezra@ebgassociates.com |
| **Subject:** | Pilling v. Austin |
| **Date:** | Monday, December 16, 2024 1:19:00 PM |
| **Attachments:** | Pilling - Joint Status Report v.1.docx |

Ezra,

I am the AUSA assigned to this matter in the Western District of Michigan. Attached is a draft joint status report (due Jan. 9th). Please review and make any suggestions/edits using track changes or call me to discuss. Also, please add Plaintiff's statement of the case.

This judge tends to order the parties to start discovery while a dispositive motion is pending. I am hoping to avoid this, which you will see in how the JSR is worded. She may not agree and select entirely different dates.

The complaint contains claims under the DC Human Rights Act. Are you willing to dismiss those claims?

Best,

Carrie

Carrie Almassian
Assistant United States Attorney
U.S. Attorney's Office, Western District of Michigan
616-808-2028 (direct) |616-307-3346 (cell)
carolyn.almassian@usdoj.gov