UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STACEY PILLING,

Plaintiff,

v.

LLOYD AUSTIN, as U.S. SECRETARY OF DEFENSE, and PETER FOREMAN individually and in his official capacity,

Defendants.
_______________________________________/

Case No. 1:24-cv-01293

Hon. Hala Y. Jarbou
U.S. District Chief Judge

Hon. Phillip J. Green
U.S. Magistrate Judge

**ORDER FOR EXTENSION OF TIME**

This matter having come before the Court on the Motion of Defendants for an extension of time, and the Court being fully advised in the premises;

IT IS ORDERED that Defendant may have an extension of time until, December 23, 2024, to respond to the complaint in this matter.

IT IS FURTHER ORDERED that the order to show cause (ECF No. 24) is VACATED.

Dated: December 27, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF U.S. DISTRICT JUDGE